OPINION MODIFYING DECISION AND DENYING A REHEARING.

No. 18,511.

HESTER S. ROMARY, Revived in the Name of MAUD WHALEY et al., *Appellees*, v. J. F. ROMARY et al., *Appellants*.

Appeal from Coffey district court; FREDERICK A. MECKEL, judge. Opinion modifying original decision and denying a rehearing filed March 21, 1914. (For original opinion see *ante*, p. 240, 137 Pac. 982.)

*J. I. Wolfe*, of Burlington, *E. R. Evans*, of Lebo, and *R. M. Hamer*, of Emporia, for the appellants.

*W. L. Huggins, Humbert Riddle, H. E. Ganse*, all of Emporia, and *L. H. Hannen*, of Burlington, for the appellees.

*Per Curiam:* In a petition for rehearing the plaintiff asks that in the event of its disallowance the decision (*Romary v. Romary*, ante, p. 240, 137 Pac. 982) be modified so as to provide for the payment by the defendant of other items besides the funeral expenses of Mrs. Romary. At a hearing upon the proposed modification the following additional items, deemed equitable by the court, are agreed upon by the parties to be paid by the defendant:

"To C. E. Romary, for funeral expenses paid by him, $117.71
To C. E. Romary, for nurse bill paid by him....... 55.50
   (With interest at 6% from August 19, 1912.)
To Alfred Romary, account of loan to Mrs. Romary, 96.79
   (With interest at 6% from August 19, 1912.)
To Lebo State Bank, account overdraft, Mrs.
   Romary ......:........................... 63.82
   (With interest at 6% from August 19, 1912.)
To M. B. Roberts, account medical attendance on
   Mrs. Romary ........................... 31.12
   (With interest at 6% from May 29, 1913.)
To Albert Romary, administrator Mrs. Romary
   estate, for his fees and expenses............ 32.00

> To Albert Romary, account printing brief and
> counter-abstract, and expense in this case in
> this court ............................... $24.50
> To probate court of Coffey county, expense of
> closing up estate of Mrs. Romary (estimated),   10.00
> The costs of this suit in district and supreme courts."

The judgment to be entered in the district court will include these items, which will be charged as additional payments to be made by the defendant, J. F. Romary, upon quieting his title to the homestead. The claim of the plaintiff for attorney's fees, against the defendant, is disallowed. The petition for a rehearing is denied.

---

OPINION DENYING REHEARING.